> Motion GRANTED.
> *[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, a minor, by next friend MARY DOE, and MARY DOE, individually, | )<br>)<br>) |
| *Plaintiffs*, | ) Case No. 3:25-cv-00683<br>) |
| v. | )<br>) Judge Trauger |
| TENNESSEE STATE UNIVERSITY, TAMARA BARNHILL, in her individual capacity, MELISSA ASHMORE, in her individual capacity, ALTIE JORDAN, in her individual capacity, MINI ROCKSTARS CHILD CARE CENTER, CO, MINI ROCKSTARS CHILD CARE & ENRICHMENT CENTER, INC., and WILLIAM ROBINSON, | )<br>)<br>) JURY DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendants*. | |

**PLAINTFFS' MOTION TO PROCEED PSEUDONYMOUSLY**

## I. INTRODUCTION

Pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe and Mary Doe (collectively, "Plaintiffs") respectfully submit this Motion to Proceed Pseudonymously.

As set forth in the Complaint, Jane Doe is a three-year-old victim of sexual abuse in the Early Head Start program where she was enrolled. [ECF 1 at ¶¶ 1, 6]. Her legal guardian, Mary Doe, brought this action on her own behalf and as the next friend of Jane Doe. [*Id.* at ¶ 5]. Plaintiffs seek to proceed pseudonymously to protect the identity of Jane Doe.