IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 3:25-cv-683 |
| TENNESSEE STATE UNIVERSITY, ET AL., | ) ) ) | Judge Trauger |
| Defendants. | ) | |

**ORDER CONCERNING UPCOMING
INITIAL CASE MANAGEMENT CONFERENCE**

The initial case management conference in this case is scheduled for August 7, 2025 at 1:30 p.m.

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **IN PERSON**, not by videoconference or telephone. Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **LEAD COUNSEL** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE