# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TENNESSEE STATE UNIVERSITY, ET AL., )<br>)<br>Defendants. ) | Civil No. 3:25-cv-683<br>Judge Trauger |

## ORDER

The Unopposed Motion for Extension of Time to Respond to Complaint and Request to Reschedule Case Management Conference (Doc. No. 23) is GRANTED. In addition, the initial case management conference scheduled for August 7, 2025 is CONTINUED, to be reset upon motion filed by the plaintiffs.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE