Motion GRANTED.
Extension to 10/15/2025.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, a minor, by next friend MARY DOE, and MARY DOE, individually | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TENNESSEE STATE UNIVERSITY *et al* | ) ) |
| Defendants. | ) |

CASE NO: 25-cv-00683
Judge Trauger

### THE TSU DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants Tennessee State University ("TSU"), Melissa (Ashmore) Odom, Tamara Barnhill, and Altie Jordan (collectively "the TSU Defendants"), respectfully request this Court to extend their deadline for responding to the Plaintiffs' First Amended Complaint by seven days, up to and including October 15, 2025.

Plaintiffs filed their First Amended Complaint on September 24, 2025 (D.E. 37), and Defendants' response is due on October 8, 2025. This request is made in good faith, before the original filing deadline. The Defendants need additional time to respond adequately to Plaintiffs' First Amended Complaint. The Plaintiffs, or this Court, will not incur any undue delay or prejudice by the seven-day extension. No other Defendant has entered an appearance and filed a responsive pleading and a scheduling order has yet to be entered in this case.

Pursuant to L.R. 7.01, Counsel for the Defendants has conferred with counsel for Plaintiffs, and Plaintiffs' counsel does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, the TSU Defendants respectfully request an Order enter extending the time to respond to the Amended Complaint to October 15, 2025.