IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED.
> Extension to 11/12/2025.

| | |
|---|---|
| JANE DOE, a minor, by next friend MARY DOE, and MARY DOE, individually, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:25-cv-00683 |
| v. | )<br>) Judge Trauger |
| TENNESSEE STATE UNIVERSITY, TAMARA BARNHILL, in her individual capacity, MELISSA ASHMORE, in her individual capacity, ALTIE JORDAN, in her individual capacity, MINI ROCKSTARS CHILD CARE CENTER, CO, MINI ROCKSTARS CHILD CARE & ENRICHMENT CENTER, INC., and WILLIAM ROBINSON, | )<br>)<br>) JURY DEMANDED |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO TSU DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Jane Doe and Mary Doe ("Plaintiffs") respectfully submit this Unopposed Motion for Extension of Time to Respond to the Motion to Dismiss filed by Defendants Tennessee State University, Tamara Barnhill, Melissa Ashmore, and Altie Jordan (collectively, the "TSU Defendants").

In response to Plaintiffs' First Amended Complaint [D.E. 37], the TSU Defendants filed a Motion to Dismiss on October 15, 2025 raising various arguments, including arguments regarding qualified immunity and the viability of Plaintiffs' due process and Title IX claims. [D.E. 43, 44]. Under the Local Rules, Plaintiffs' response to the Motion to Dismiss is due on October 29, 2025. *See* L.R. 7.01(a)(3). Because of the complexity of the issues involved, Plaintiffs need additional