IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil No. 3:25-cv-683 |
| | ) Judge Trauger |
| TENNESSEE STATE UNIVERSITY, ET AL., | ) ) |
| Defendants. | ) ) |

**ORDER**

It is hereby ORDERED that the defendants shall file a response to the plaintiffs' Motion for the Second Amended Complaint to Serve as Operative Complaint (Doc. No. 56) by December 16, 2025.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE