IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 3:25-cv-683 ) Judge Trauger |
| TENNESSEE STATE UNIVERSITY, ET AL., | ) ) |
| Defendants. | ) |

**ORDER**

In response to the first Motion to Dismiss filed by the defendants (Doc. No. 33), the plaintiffs timely filed an Amended Complaint (Doc. No. 37) that mooted the Motion to Dismiss. The defendants then filed a Motion to Dismiss the Amended Complaint (Doc. No. 43) which, under the Federal Rules of Civil Procedure, could not be mooted by the filing of another amended complaint. Nevertheless, without seeking leave of court by filing a motion or consent of the defendants to the filing, the plaintiffs filed a Second Amended Complaint (Doc. No. 51). The defendants have filed a Motion to Strike the Second Amended Complaint (Doc. No. 53), and the plaintiffs have filed a "Motion for the Second Amended Complaint to Serve as Operative Complaint" (Doc. No. 56). Responses and a Reply have been filed to these two motions (Doc. Nos. 55, 59, 61).

The plaintiffs maintain that they did not need to file a motion to amend because of the interpretation of that rule given in *ACT, Inc. v. Worldwide Interactive Network*, 2021 W.L. 5154092 (E.D. Tn. 2021). That assumption is in error. In that case, given issues that arose at the final pretrial conference, the court allowed the filing of an amended complaint and set a deadline for the filing

thereof. The facts of that case are entirely different from those in this case, where this court made no such order in response to a continuing controversy between the parties. Allowing the procedurally incorrect filing of a second amended complaint would, in addition, prejudice the defendants who have filed two Motions to Dismiss.

For the reasons expressed herein, the Motion to Strike Second Amended Complaint (Doc. No. 53) is GRANTED, and the "Motion for Second Amended Complaint to Serve as Operative Complaint" (Doc. No. 56) is DENIED. It is further ORDERED that the plaintiffs shall respond to the pending Motion to Dismiss Amended Complaint (Doc. No. 43) by January 5, 2026.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE