# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> TENNESSEE STATE UNIVERSITY, ET AL., <br><br> Defendants. | Civil No. 3:25-cv-683 <br> Judge Trauger |

## ORDER

It is hereby ORDERED that the Order entered November 17, 2025 (Doc. No. 52) is VACATED.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE