IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


JANE DOE *a minor, by next friend Mary Doe*,     )
ET AL,                                            )
                                                  )
      Plaintiffs,  )
                                                  )
v.                                                )       Civil No.  3:25-cv-683
                                                  )       Judge Trauger
TENNESSEE STATE UNIVERSITY, ET AL.,               )
                                                  )
      Defendants.  )

## ORDER


The plaintiffs have filed a Motion to Amend (Doc. No. 67), to which the defendants have

filed a Response (Doc. No. 73), and the plaintiffs have filed a Reply (Doc. No. 75).  The motion is

hereby GRANTED, and the Clerk shall file the Second Amended Complaint (Doc. No. 67-1).  It is

further ORDERED that the pending Motion to Dismiss (Doc. No. 43) shall be addressed to this

newly-filed Second Amended Complaint, and no further briefing will be allowed.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE