# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No.   3:25-cv-683 |
| | ) | Judge Trauger |
| TENNESSEE STATE UNIVERSITY, ET AL., | ) ) | |
| Defendants. | ) | |

## ORDER

The plaintiffs' Motion for Extension of Time to Serve William Robinson (Doc. No. 83) is GRANTED.   The plaintiffs may serve an interrogatory upon the Mini Rockstar defendants to seek contact information for defendant William Robinson and they may have 20 days after receipt of the response to the interrogatory in which to serve defendant Robinson.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE