**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 3:25-cv-683 |
| | ) Judge Trauger |
| TENNESSEE STATE UNIVERSITY, ET AL., | ) ) |
| Defendants. | ) |

**ORDER**

The plaintiffs' Motion to Strike Donte Cleaves' Affidavit [D.E. 84-1] (Doc. No. 85) is

DENIED, but their alternative request (Doc. No. 85 at 3) is GRANTED. The plaintiffs shall file

a sur-reply by March 31, 2026.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE