**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, | ) <br> ) <br> ) |
|     Plaintiffs, | ) <br> ) |
| v. | )     Civil No.   3:25-cv-683 <br> )     Judge Trauger |
| TENNESSEE STATE UNIVERSITY, ET AL., | ) <br> ) |
|     Defendants. | ) |

## ORDER

It is hereby ORDERED that a discovery dispute telephone conference will be held with counsel for the parties today, May 1, 2026 at 2:30 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

**IT IS SO ORDERED.**


_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE