**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JANE DOE *a minor, by next friend Mary Doe*,  )
ET AL,                                          )
                                                )
    Plaintiffs,                             )
                                                )
v.                                              )    Civil No.  3:25-cv-683
                                                )    Judge Trauger
TENNESSEE STATE UNIVERSITY, ET AL.,             )
                                                )
    Defendants.                             )

## ORDER

It is hereby ORDERED that the reference of the Motion to Quash Service of Summons and

to Dismiss the Complaint for Lack of Service (Doc. No. 79) to the Magistrate Judge by Order

entered March 17, 2026 (Doc. No. 82) is VACATED. The district judge will deal with this motion.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE