IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor, by next friend MARY DOE, and MARY DOE, individually, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 3:25-cv-00683 |
| v. | ) ) | |
| | ) | Judge Trauger |
| TENNESSEE STATE UNIVERSITY, TAMARA BARNHILL, in her individual capacity, MELISSA ASHMORE, in her individual capacity, ALTIE JORDAN, in her individual capacity, MINI ROCKSTARS CHILD CARE CENTER, CO, MINI ROCKSTARS CHILD CARE & ENRICHMENT CENTER, INC., and WILLIAM ROBINSON, | ) ) ) ) ) ) ) ) ) ) ) | JURY DEMANDED |
| *Defendants*. | ) | |

**UNOPPOSED MOTION TO RESCHEDULE
INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiffs Jane Doe and Mary Doe ("Plaintiffs") respectfully submit this Unopposed Motion to Reschedule Initial Case Management Conference.

The initial case management conference is currently scheduled for July 8, 2026 at 1:00 p.m. [D.E. 95]. There are three sets of Defendants in this case: (1) Tennessee State University, Tamara Barnhill, Melissa Ashmore, and Altie Jordan (the "TSU Defendants"); (2) Mini Rockstars Child Care Center, Co. and Mini Rockstars Child Care & Enrichment Center, Inc. (the "Mini Rockstars Defendants"); and (3) William Robinson.

The TSU Defendants have been served and filed an Answer to Plaintiffs' Complaint on June 5, 2026. [D.E. 98].