**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )     Civil No.   3:25-cv-683 <br> )     Judge Trauger |
| TENNESSEE STATE UNIVERSITY, ET AL., | ) <br> ) |
| Defendants. | ) |

**ORDER CONCERNING UPCOMING
<u>INITIAL CASE MANAGEMENT CONFERENCE</u>**

The initial case management conference in this case is scheduled for August 17, 2026 at 3:00 p.m.

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **<u>IN PERSON</u>**, not by videoconference or telephone. Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **<u>LEAD COUNSEL</u>** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE