**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JANE DOE *a minor, by next friend Mary Doe*, ET AL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No.   3:25-cv-683 |
| | ) | Judge Trauger |
| TENNESSEE STATE UNIVERSITY, ET AL., | ) ) | |
| Defendants. | ) | |

**ORDER**

This case is not yet ready for an initial case management conference. Two sets of defendants have not yet been served. Therefore, the initial case management conference scheduled for August 17, 2026 is CONTINUED, to be reset upon motion filed by the plaintiffs after they have secured service upon all of the defendants.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE