Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor, by next friend MARY DOE, and MARY DOE, individually, | ) | |
| *Plaintiffs*, | ) | Case No. 3:25-cv-00683 |
| v. | ) | JUDGE TRAUGER |
| TENNESSEE STATE UNIVERSITY, TAMARA BARNHILL, in her individual capacity, MELISSA ASHMORE, in her individual capacity, ALTIE JORDAN, in her individual capacity, MINI ROCKSTARS CHILD CARE CENTER, CO, MINI ROCKSTARS CHILD CARE & ENRICHMENT CENTER, INC., and WILLIAM ROBINSON, | ) | JURY DEMANDED |
| *Defendants*. | ) | |

**MOTION AND MEMORANDUM OF LAW FOR PERMISSION TO SERVE MINI ROCKSTARS CHILD CARE CENTER, CO AND MINI ROCKSTARS CHILDCARE & ENRICHMENT CENTER, INC. VIA EMAIL**

## I. INTRODUCTION

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Plaintiffs Jane Doe and Mary Doe ("Plaintiffs") respectfully submit this Motion and Memorandum of Law for Permission to Serve Mini Rockstars Child Care Center, Co and Mini Rockstars Childcare & Enrichment Center, Inc. (collectively, "the Mini Rockstars Defendants") via Email.

As set forth below, Plaintiffs made six attempts to serve the registered agent for the Mini Rockstars Defendants, Donte Cleaves ("Mr. Cleaves"), before ultimately serving him in Atlanta, Georgia. After Mr. Cleaves filed a Motion to Quash challenging the service, Plaintiffs made more than a dozen additional attempts to serve him. Plaintiffs' efforts to re-serve Mr. Cleaves include